**Larry Wayne BOGGS, Petitioner–Appellant,**

v.

**NORTH CAROLINA ATTORNEY GENERAL; Danny Hughes, Superintendent, Alamance Correctional Center, Respondents–Appellees.**

No. 00–7352.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 8, 2001.

Decided Feb. 14, 2001.

Larry Wayne Boggs, pro se. Clarence Joe DelForge, III, Office of the Attorney General of North Carolina, Raleigh, NC, for appellees.

Before WILKINS, DIANA GRIBBON MOTZ, and TRAXLER, Circuit Judges.

PER CURIAM.

Larry Wayne Boggs appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994

& Supp.2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Boggs v. North Carolina Attorney General,* No. CA–99–379–1 (M.D.N.C. Sept. 1, 2000); *Vick v. Williams,* 233 F.3d 213 (4th Cir. 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*